# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CANOPY GROWTH CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:20-cv-01180-ADA |
| | ) | |
| GW PHARMACEUTICALS PLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant GW Pharmaceuticals PLC ("GW Pharma" or "Defendant") files this Motion to extend the deadline for GW Pharma to answer or otherwise respond to Canopy Growth Corporation's ("Canopy" or "Plaintiff") Complaint for Patent Infringement (Dkt. No. 1), and would show as follows:

1. On December 22, 2020 Canopy filed its Complaint for Patent Infringement.

2. Canopy first attempted to serve GW Pharma on December 31, 2020. The deadline for GW Pharma to answer or otherwise respond based on that date would be Thursday, January 21, 2021.

3. GW Pharma requests an extension of the deadline to file its Response/Answer to March 22, 2021.

4. This is the first extension GW Pharma has requested, and the requested extension is not sought for delay or any improper purpose.

5. GW Pharma has consulted with counsel for Canopy, and Canopy does not oppose this extension request.

6. Attached is a Proposed Order granting GW Pharma's Motion.

WHEREFORE, GW Pharma respectfully requests that this Honorable Court issue an Order extending the deadline for GW Pharma to answer or otherwise respond to Canopy's Complaint for Patent Infringement to March 22, 2021.

Dated: January 19, 2021

Respectfully submitted,

*/s/ Steven M. Zager*
Steven M. Zager
szager@kslaw.com
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Gerald J. Flattmann, Jr.
gflattmann@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas,
35th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**Attorneys for Defendant GW Pharmaceuticals PLC**

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, January 19, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                          */s/ Steven M. Zager*
                                          Steven M. Zager

WORKAMER\26488\112002\38002592.v1-1/19/21