# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| CANOPY GROWTH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:20-cv-01180 |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| GW PHARMACEUTICALS PLC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF AMANDA WADE-JONES IN SUPPORT OF DEFENDANT GW PHARMACEUTICALS PLC'S MOTION TO DISMISS THE COMPLAINT UNDER FED. R. CIV. P. 12(B)(2) AND 12(B)(6)

I, Amanda Wade-Jones, pursuant to 28 U.S.C. § 1746, declare and state the following:

1. I am an Associate Tax Director at GW Research Limited in Cambridge, England, United Kingdom. I have been employed at GW Research Limited since September 2017. In my role at GW Research Limited, I work on tax and accounting issues involving multiple GW entities, including GW Pharmaceuticals PLC. I make this declaration based on my personal knowledge as well as facts and information available to me.

2. GW Pharmaceuticals PLC is a company organized under the laws of England and Wales with its principal place of business in Cambridge, England, United Kingdom.

3. GW Pharmaceuticals PLC has no presence in Texas and does not solicit business in Texas.

4. GW Pharmaceuticals PLC does not advertise, market, or offer services for sale in Texas.

1

5. GW Pharmaceuticals PLC does not and has never been registered or qualified to conduct business in Texas and, for that reason, has no agent for service of process in Texas.

6. GW Pharmaceuticals PLC has no offices or employees in Texas.

7. GW Pharmaceuticals PLC does not manufacture, sell, import, or market EPIDIOLEX® or any other product in any country.

8. GW Pharmaceuticals PLC did not enlist patients for or direct any clinical trial of EPIDIOLEX®.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 2, 2021, in Ware, Hertfordshire, England, United Kingdom.

Amanda Wade-Jones