IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Canopy Growth Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GW Pharmaceuticals PLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 6:20-cv-1180<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff Canopy Growth Corporation ("Canopy") and Defendant GW Pharmaceuticals PLC, hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on December 22, 2020. There has been one extension of time for Defendant to answer or otherwise respond to the complaint, for a total of 46 days.

## RESPONSE TO THE COMPLAINT

On March 5, 2021, Defendant responded to the Complaint by filing a Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(2) and 12(b)(6). ECF No. 13. Defendant has not filed any counterclaims.

## PENDING MOTIONS

Defendant's Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (ECF No. 13) is pending before the Court. Plaintiff's response is due two weeks after the completion of venue or jurisdictional discovery. *See* Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases (November 19, 2020).

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this Judicial District.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent, U.S. Patent No. 10,870,632, which has a total of 25 claims. Plaintiff's preliminary infringement contentions will be due seven days before the Case Management Conference.

## APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on March 9, 2021. The parties have no pre-Markman issues to raise at the CMC.

- 3 -

| | |
|---|---|
| Dated: March 12, 2021 | Respectfully submitted, |

**BAKER BOTTS L.L.P.**

/s/ Kurt Pankratz
Kurt Pankratz
Texas State Bar No. 24013291
BAKER BOTTS L.L.P.
2001 Ross Ave, Suite 900
Dallas, TX 75201
(214) 953-6584
kurt.pankratz@bakerbotts.com

***ATTORNEYS FOR PLAINTIFF CANOPY GROWTH CORPORATION***

/s/ Steven M. Zager
Steven M. Zager
szager@kslaw.com
KING & SPALDING LLP
500 West 2nd Street
Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

***ATTORNEYS FOR DEFENDANT GW PHARMACEUTICALS PLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven M. Zager
szager@kslaw.com
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX 78701

-and-

Gerald J. Flattmann, Jr.
gflattmann@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036

/s/ Kurt Pankratz
Kurt Pankratz