# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CANOPY GROWTH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:20-cv-01180-ADA |
| ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | |
| GW PHARMACEUTICALS PLC, ) | |
| ) | |
| Defendant. ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GW Pharmaceuticals PLC discloses that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: March 18, 2021

*/s/ Steven M. Zager*
Steven M. Zager
szager@kslaw.com
KING & SPALDING LLP
500 West 2nd Street
Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Gerald J. Flattmann, Jr.
gflattmann@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas,
35th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendant GW Pharmaceuticals PLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, March 18, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                            */s/ Steven M. Zager*
                                            Steven M. Zager