IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CANOPY GROWTH CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> GW PHARMACEUTICALS PLC, ) <br> ) <br> Defendant. ) | Civil Action No. 6:20-cv-01180-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

In accordance with the Federal Rules of Civil Procedure and the Court's Order Governing Proceedings – Patent Case dated February 23, 2021, the parties jointly request that this Court adopt the attached proposed case schedule.

Dated:  May 25, 2021

Respectfully submitted,

*/s/ Steven M. Zager*
Steven M. Zager
szager@kslaw.com
KING & SPALDING LLP
500 West 2nd Street
Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Gerald J. Flattmann, Jr.
gflattmann@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas,
35th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendant GW Pharmaceuticals PLC*

Respectfully submitted,

*/s/ Kurt Pankratz*
Kurt Pankratz
Texas State Bar No. 24013291
BAKER BOTTS L.L.P.
2001 Ross Ave, Suite 900
Dallas, TX 75201
(214) 953-6584
kurt.pankratz@bakerbotts.com

*Attorneys for Plaintiff Canopy Growth Corporation*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, May 25, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1).

<em>/s/ Steven M. Zager</em><br>
Steven M. Zager