AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Canopy Growth Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-cv-01180-ADA |
| GW Pharma Limited and GW Research Limited | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Canopy Growth Corporation                                    .

Date:     07/08/2021

*/s/ Alexander T. Piala*
*Attorney's signature*

Alexander T. Piala (State Bar No. 24110223)
*Printed name and bar number*

Baker Botts L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
*Address*

alexander.piala@bakerbotts.com
*E-mail address*

(512) 322-2500
*Telephone number*

(512) 322-2501
*FAX number*

**Print**     **Save As...**          **Reset**