IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CANOPY GROWTH CORPORATION,<br>*Plaintiff*<br><br>-v-<br><br>GW PHARMACEUTICALS PLC, GW PHARMA LTD., GW RESEARCH LTD.,<br>*Defendants* | § § § § § § § § § § § | 6-20-CV-01180-ADA |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $25,704.35 |
| Defendants: | $25,704.35 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 27th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE