IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Canopy Growth Corporation,<br><br>   *Plaintiff*,<br>v.<br><br>GW Pharma Limited and GW Research Limited,<br><br>   *Defendants*. | Civil Action No. 6:20-cv-01180-ADA |

### PLAINTIFF CANOPY GROWTH CORPORATION'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1295(a)(1) and Rules (3)(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiff CANOPY GROWTH CORPORATION ("Canopy") hereby gives notice that it appeals to the United States Court of Appeals for the Federal Circuit from the following Final Judgment and Order of the United States District Court for the Western District of Texas, Waco Division, and from all other opinions, rulings, and orders in this action adverse to Canopy, whether subsumed within the Final Judgment or not:

1. November 27, 2021 Claim Construction Order And Memorandum In Support Thereof (Dkt. 50); and
2. February 25, 2022 Final Judgment (Dkt. 56).

Dated: March 24, 2022

                Respectfully submitted,

                BAKER BOTTS LLP

                */s/ Kurt Pankratz*
                Kurt Pankratz
                Texas State Bar No. 24013291
                Clarke Stavinoha
                Texas State Bar No. 24093198
                Melissa Muenks
                Texas State Bar No. 24097442
                Baker Botts L.L.P.

2001 Ross Ave, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6584
Facsimile: (214) 661-4584
kurt.pankratz@bakerbotts.com
clarke.stavinoha@bakerbotts.com
melissa.muenks@bakerbotts.com

Alexander T. Piala
Texas State Bar No. 24110223
Baker Botts L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
Telephone: (512) 322-2546
Facsimile: (214) 322-3646
alexander.piala@bakerbotts.com

*Attorneys for Plaintiff Canopy Growth Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

                                                     */s/ Kurt Pankratz*
                                                    Kurt Pankratz